```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Joseph Panarello**

    **v.**                                              09-cv-147-PB

**Amy Collins, et al.**

### AMENDED ORDER

The State Defendants' Partial Motion to Dismiss (Doc. No. 4) is denied. The defendants have not presented their argument with sufficient clarity to permit me to reliably resolve it.

It appears that this case was not properly removed because the state defendants did not consent to removal of the case. On or before July 15, 2009, defendants shall show cause as to why the case should not be remanded to state court.

SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

June 18, 3009

cc:   Nancy J. Smith, Esq.
       Charles G. Douglas, III, Esq.
       Charles P. Bauer, Esq.